**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 16-01597 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.202.244.128, | **NOTICE RE SETTLEMENT** |
| Defendant. / | |

    The Court has received the parties' notice of settlement but notes that all deadlines and hearing dates remain in place. Unless the motion is withdrawn or the case is dismissed, the Court expects to hear argument on defendant's pending motion to quash on July 14.

Dated: July 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE